IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICHARD A. GASSNER
6537 Hamden Lane
Parma, Ohio

    PLAINTIFF

    vs.

DOLLAR GENERAL
100 Mission Ridge
Goodlettsville, Tennessee 37072

    And

DOLGEN MIDWEST LLC
100 Misson Ridge
Goodlettsville, Tennessee 37072

    And

MARION GORDON
100 Mission Ridge
Goodlettsville, Tennessee 37072

    And

SHERWYN MERTIC
100 Mission Ridge
Goodlettsville, Tennessee 37072

CASE NO.:  5:24-cv-2064

JUDGE: PAMELA A. BARKER

AMENDED COMPLAINT

JURY DEMAND ENDORSEMENT

1

And

**SHRUTI PATEL**
**100 Mission Ridge**
**Goodlettsville, Tennessee 37072**

**DEFENDANTS**

Now comes Plaintiff, Richard Gassner, by and through the undersigned counsel, and for his Complaint against the above-named Defendants herein, states as follows:

### PARTIES

1. Defendant Dollar General is a multinational corporation that owns and operates convenience stores all over the world.

2. Defendant Dogan Midwest LLC (Dolgen) is a company owns and operates a Dollar General store located at 10755 Ravenna Rd., Twinsburg, Ohio.

3. Defendants Marion Gordon, Sherwyn Mertic, and Shruti Patel (Defendant Employees), were employed by Defendant Dogan Midwest LLC on September 26, 2023.

### FACTS

4. On September 26, 2023, Plaintiff went to the Dollar General store located at 10755 Ravenna Rd., Twinsburg OH. This store was then owned and operated by Defendant Dogan Midwest LLC. Plaintiff went to the store for the purpose of purchasing items that were for sale at the store.

5. While plaintiff was in the store he asked Defendant Employees if he could use the public restroom inside the store, telling them he was ill. The Defendant Employees told the Plaintiff he could not use the restroom.

6. On September 26th, 2003, Plaintiff had a history of significant health issues, including heart problems and diabetes. On that date he was a type 1 diabetic. These health issues cause him to need to urinate on a frequent basis.

7. After Plaintiff was refused by Defendant Employees the use of the public restroom inside the store he left the store and began immediately urinating upon himself right outside the door to the Dollar General, in a public area.

8. Defendant Employees followed the Plaintiff outside this store, leaving the store unattended, and took pictures of the Plaintiff with a cell phone. Defendant Employees also told Plaintiff that they were calling the police, which they in fact did.

9. The Twinsburg Police Department later contacted Plaintiff and he did meet with a member of the police force. Plaintiff was given a citation for public indecency and was scheduled to go to the Stow Municipal Court, the citation indicating he should appear on October 4th, 2023.

10. Plaintiff hired an attorney to defend him. The criminal charge against Plaintiff was later dismissed by the State of Ohio with the Plaintiff not paying a fine but having to pay court costs. The dismissal entry was filed on February 29th, 2024.

## CAUSES OF ACTION
### COUNT I
### Intentional infliction of Mental Distress

11. Plaintiff restates and incorporates by reference paragraphs 1 through 10, inclusive, as if fully rewritten herein.

12. Defendant Employees are employed of Defendant Dolgen. As Employees, their actions are attributable to their Employer, Dolgen.

13. The actions of the Defendants caused and constituted intentional infliction of mental distress upon the Plaintiff.

## COUNT II

14. Plaintiff restates and incorporates by reference paragraphs 1 through 13, inclusive, as if fully rewritten herein.

15. The actions of the Defendants violated Ohio Revised Code Section 4112.02(G).

## COUNT III

16. Plaintiff restates and incorporates by reference paragraphs 1 through 15, inclusive, as if fully rewritten herein.

17. The actions of the Defendants violated Title 42 of United States Code Section 12182(a), which is part of the American Disabilities Act.

WHEREFORE, demands as follows: 1) Compensatory damages against the Defendants in a sum in excess of Twenty-Five Thousand Dollars ($25,000) for the pain, humiliation and suffering caused Plaintiff ; 2) Punitive damages in the amount One Million Dollars, 3) Attorney Fees; and 4) and any other relief the Court deems appropriate.

/s/ Eric D. Hall_____
Bruce Hall Co., L.P.A.
Eric D. Hall (0067566)
Bruce Hall (0007307)
Counsel for Plaintiff
229 West Liberty Street
Medina, Ohio 44256
330-245-7504
330-722-1958 (fax)
attorneyhall@yahoo.com

## JURY DEMAND

Plaintiff hereby demands a Trial by Jury in this matter.

    Respectfully submitted,

    /s/ Eric D. Hall_____
    Eric D. Hall
    Bruce Hall
    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court to all individuals who receive electronic notice from the Clerk this 23rd day of February, 2025.

    /s/ Eric D. Hall_____
    Eric D. Hall
    Counsel for Plaintiff